# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JESUS CHAVEZ, as an individual and on behalf of all other similarly situated,, <br><br> Plaintiffs, <br><br> v. <br><br> KENNETH COLE PRODUCTIONS, INC., a New York corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 5:17-cv-02196-NC <br><br> [Santa Clara County Case No. 17CV306407] <br><br> **ORDER APPROVING JOINT STIPULATION FOR REMAND TO THE SUPERIOR COURT OF CALIFORNIA** <br><br> *Magistrate Judge Nathanael M. Cousins* <br><br> Complaint Filed: February 6, 2017 |

GOOD CAUSE APPEARING THEREFOR, the Stipulation for Remand to the Superior Court of the State of California filed on behalf of Plaintiff JESUS CHAVEZ ("Plaintiff") and Defendant KENNETH COLE PRODUCTIONS, INC. ("Defendant") is hereby approved.

ACCORDINGLY, IT IS HEREBY ORDERED that this matter shall then be remanded back to the Superior Court of California, County of Santa Clara and that all future dates are hereby vacated, including the Initial Case Management Conference scheduled for October 11, 2017.

**IT IS SO ORDERED**.

Dated: October 3, 2017

_____
THE HONORABLE NATHANAEL M. COUSINS

[GRANTED — Judge Nathanael M. Cousins]

-1-                     Case No. 5:17-cv-02196-NC
ORDER APPROVING JOINT STIPULATION

SMRH:482827733.2